| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  CMM Mineola, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  4 5 – 3 4 5 9 9 8 0

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **614 Oak Avenue** | **P O Box 677** |
| Number   Street | Number   Street |
| | P.O. Box |
| **Sulphur Springs**  TX  75482-4134 | **Sulphur Springs**  TX  75483-0677 |
| City   State   ZIP Code | City   State   ZIP Code |
| **Hopkins** | Location of principal assets, if different from principal place of business |
| County | **135 Autumn Wind Court** |
| | Number   Street |
| | **Mineola**  TX  75773 |
| | City   State   ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1

Debtor **CMM Mineola, LLC** _____    Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   **5  3  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   *Check all that apply:*
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **CMM Mineola, LLC** _____ Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>　　　District _____ When _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　Case number, if known _____<br><br>　　　Debtor _____ Relationship _____<br>　　　District _____ When _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Official Form 201　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　page 3

Debtor **CMM Mineola, LLC**_____    Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street

    _____
    
    _____  _____  _____
    City                State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☐ $0-$50,000              ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000        ☒ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000       ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million     ☐ $100,000,001-$500 million      ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000              ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000        ☒ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000       ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million     ☐ $100,000,001-$500 million      ☐ More than $50 billion

Debtor **CMM Mineola, LLC** _____   Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/03/2024**
MM / DD / YYYY

X **/s/ Chad Cable**
Signature of authorized representative of debtor
**Chad Cable**
Printed name
**Managing Member**
Title

**18. Signature of attorney**

X **/s/ Michael E Gazette**     Date **06/03/2024**
Signature of attorney for debtor         MM / DD / YYYY

**Michael E Gazette**
Printed name
**Law Offices of Michael E Gazette**
Firm name
**100 E Ferguson Street Suite 1000**
Number       Street

**Tyler**                                **TX**           **75702**
City                                     State           ZIP Code

**(903) 596-9911**                       **megazette@suddenlinkmail.com**
Contact phone                            Email address
**077845000**                            **TX**
Bar number                               State

```
City of Mineola                        Waste Disposal District
1695 West Loop 564                     c/o Wood County Tax Assessor
Mineola, TX 75773-9988                 220 S. Stephens Street
                                       Quitman, TX 75773-9988


IPFS Corporation                       Wood County Tax Assessor
1055 Broadway, 11th Floor              220 S. Stephens Street
Kansas City, MO 64105                  Quitman, TX 75783



IPFS Corporation
5316 Hwy 290 West, Suite 310
Austin, TX 78735



Minolea Independent School Dist
1695 W. Loop 564
Mineola, TX 75773-9988



Morris Weiss
Partner
Holland & Knight LLP
100 Congress Ave., Suite 1800
Austin, TX 78701

Senior Housing Reposition Partn
8480 E. Orchard Rd Ste 3000
Greenwood Village, CO 80111



Senior Housing Reposition Partn
c/o Scott Wetzel
270 Saint Paul Street Ste 200
Denver, CO 80206


U.S. Small Business Administrat
SBA Disaster Loan Service Cente
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925-2652


U.S. Trustee
Office of the U.S. Trustee
110 N. College Avenue
Suite 300
Tyler, TX 75702

United States Attorney's Office
Eastern District of Texas
110 N. College Avenue
Suite 700
Tyler, TX 75702
```